UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
DANIEL JEAN LIPSMAN,  :
:
Plaintiff,  :
: 21-CV-4631 (JMF)
-v-  :
: ORDER
LORRAINE CORTES-VASQUEZ,  :
:
Defendant.  :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 28, 2021, Plaintiff filed an Amended Complaint and an affidavit stating, as relevant here, that he "withdraws the previous request for a Temporary Restraining Order and preliminary injunction in this matter." ECF No. 25, ¶ 1. Accordingly, Plaintiff's application for preliminary injunctive relief, *see* ECF No. 2, is DENIED as withdrawn. Additionally, Plaintiff's motion "for judgment on the merits," ECF No. 12, is DENIED as premature and procedurally improper — without prejudice to renewal of the arguments made therein at the appropriate time. Pursuant to the Court's Orders of June 21, 2021, and June 25, 2021, Defendant shall file an answer, a new motion to dismiss, or a letter stating that she relies on the previously filed motion to dismiss no later than **July 12, 2021**. *See* ECF Nos. 21, 24.

The Clerk of Court is directed to terminate ECF No. 12 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: June 29, 2021
New York, New York

_____
JESSE M. FURMAN
United States District Judge