UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANIEL JEAN LIPSMAN, :
:
Plaintiff, :
: 21-CV-4631 (JMF)
-v- :
: ORDER
LORRAINE CORTES-VASQUEZ, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The Court received the attached letter directly from Plaintiff by mail. Plaintiff is reminded that he may communicate with the Court only through the *Pro Se* Intake Unit, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007. No documents or court filings may be sent directly to Chambers.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: July 12, 2021  
       New York, New York  
                                                   JESSE M. FURMAN  
                                               United States District Judge

4420 Broadway 4F
N.Y.C., N.Y. 10040
7/2/21

Hon. Jesse M. Furman, USDJ-SDNY
40 Foley Square, NYC 10007
Rm. 2202 tel.#1212-805-0282     Re: 21 CV 4631 Lipsman v. Cortes-
                                                        Vazquez
Dear Judge Furman,

    1. This is NOT ex-parte.

    2. You---and I---have been LIED TO.

    3. Bill deBlasio, boss of the Commissioner, said that as of June 14 the senior centers will be open (though with masking and distancing which I'm fighting before you now).

    4. Turns out even that was a LIE. I have been reliably informed that the Nagle Ave. Y is holding a dance party this coming Wednesday---BUT it is A) limited in numbers and B) one must make a reservation (because they're limiting how many they'll let in). That makes my opponent a LIAR.

    5. I've been told the attorney of record, Ms. Murray, is "out of the office" and won't return until July 12-- interestingly enough the last day for them to respond to my amended complaint. The supervising attorneys I've not been able to speak to on this, but have left messages for them.

    Are they going to be allowed to get away with this and sucker the public? I had to learn about this dance party through a source other than the Y. Clearly I'm persona non grata.
                                            Sincerely,

                                            Daniel Jean Lipsman
                                            (1212) 569-3946

cc: Diana Murray, Esq., NYC Law Dep't.
    100 Church St., NYC 10007
    (1212) 356-2182
    Counsel for Defendant