UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANIEL JEAN LIPSMAN,                                              :
:
                Plaintiff,                        :           21-CV-4631 (JMF)
:
     -v-                                                        :                ORDER
:
LORRAINE CORTES-VASQUEZ,                                          :
:
                Defendant.                        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 30, Defendant's earlier motion to dismiss filed at ECF No. 14 is hereby DENIED as moot. Plaintiff shall file any opposition to the new motion to dismiss by **August 10, 2021**. Defendant shall file any reply **within one week of Plaintiff's opposition being docketed**.

       The Clerk of Court is directed to terminate ECF No. 14 and to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: July 21, 2021
       New York, New York                      _____
                                                   JESSE M. FURMAN
                                           United States District Judge