# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DANIEL JEAN LIPSMAN,

                Plaintiff,                21 **CIVIL** 4631 (JMF)

      -against-                              **JUDGMENT**

LORRAINE CORTÉS-VÁZQUEZ, *in her capacity as Commissioner of the New York City Department for the Aging*,

                Defendant.

-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 7, 2021, Defendant's motion to dismiss is GRANTED, and judgment is entered for Defendant.

**Dated:** New York, New York
          December 7, 2021

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                   **BY:**

                                                        **Deputy Clerk**